FILED
CLERK, U.S. DISTRICT COURT
SEP 2 5 2017
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR17- 0017-GW-1 |
| Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/ Supervised Release Conditions) |
| v. | ) | |
| STEVEN DUSTIN INGRAHM, | ) | |
| Defendant. | ) | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) [X] the appearance of defendant as required; and/or

(B) [X] the safety of any person or the community.

//
//

The court concludes:

A. [X] Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_he will refrain from criminal conduct or obey conditions of release_

(B) [X] Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_he will comply with conditions of release. Also, defendant's proffered bail resources are inadequate._

IT IS ORDERED that defendant be detained.

DATED: 9/25/12

_/s/ Suzanne H. Segal_
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE